# SPECIAL ORDERS

In this section will be published orders of the Court (other than grants and denials of leave to appeal from the Court of Appeals) of general interest to the bench and bar of the state.

NOVEMBER 23, 1977

PEOPLE v GOVAN. (Docket Nos. 60298, 60299.) Request for appointment of counsel denied. Glen Dale Govan, *in propria persona,* appellant. Case below, Court of Appeals Nos. 30657, 30658, order of April 12, 1977.

PEOPLE v MELVIN PEABODY. (Docket No. 59896.) Request for appointment of counsel denied. Melvin Paul Peabody, *in propria persona,* appellant. Case below, Court of Appeals No. 25059, per curiam opinion of May 5, 1977.

PEOPLE v HALES. (Docket No. 60141.) Request for appointment of counsel denied. Cleveland Hales, *in propria persona,* appellant. Case below, Court of Appeals No. 30060, order of February 18, 1977.

NOVEMBER 29, 1977

IN THE MATTER OF DORAN (PEOPLE v DORAN). (Docket No. 58698.) Rehearing denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *John A. Wilson,* Assistant Attorney General, for the people. State Appellate Defender for defendant-appellant. Reported at 401 Mich 235.

BROWN v HOLTON PUBLIC SCHOOLS (AFTER REMAND). (Docket No. 59789.) Rehearing denied. *Foster, Swift, Collins & Coey, P. C.,* for plaintiffs-appellees. *Street, Stevens, Schuler, Johnson, Hipkiss, Piasecki & Knowlton* for defendants-appellants. Reported at 401 Mich 398.

DECEMBER 1, 1977

IN THE MATTER OF THE PROPOSED AMENDMENT OF GCR 1963, 915.